## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

April 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-12597-CC
Case Style: Richard Hall v. Insurance Corporation of British Columbia
District Court Docket No: 6:20-cv-01992-CEM-LHP

The following action has been taken in the referenced case:

The motion to file a corrected appellant brief is granted. The appellee's brief is due on May 14, 2025.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action